IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DAWN D. CLOVER,<br><br>    Defendant. | 4:18-CR-3148<br><br>**ORDER** |

IT IS ORDERED that:

1. The Unopposed Motion to Continue Defendant's Sentencing (filing 57) is granted.

2. Defendant Dawn D. Clover's sentencing is continued to May 29, 2020, at 2:00 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 17th day of March, 2020.

            BY THE COURT:

            _____
            John M. Gerrard
            Chief United States District Judge